(No. 74-CC-839— ▮▮▮▮▮▮▮▮▮▮▮

LUCE BROTHERS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 19, 1974.*

LUCE Brothers, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-841— ▮▮▮▮▮▮▮▮▮▮

SAUNDRA K. HOUSE, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed July 19, 1974.*

SAUNDRA K. HOUSE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W FELDMAN, Assistant Attorney General, for Responden

PER CURIAM.